

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-14-00231-CR

**EX PARTE** Darrick **OLIVER**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice

On April 4, 2014, relator filed a pro se petition for writ of habeas corpus. The court has considered relator's petition and has determined that this court does not have jurisdiction to grant the requested relief. Accordingly, relator's petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on April 8th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CR1844, styled *The State of Texas v. Darrick Oliver*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.